IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

JOHN FAIRLESS, JR.

    Plaintiff

VS.

    NO: 2:09CV02065 SWW

CJH, LLC; UNION PACIFIC CORPORATION; and BURLINGTON NORTHERN SANTA FE CORPORATION

    Defendants

## **ORDER**

Before the Court is Union Pacific Railroad Company's unopposed motion to substitute parties. In his original complaint, Plaintiff named Union Pacific Railroad "Corporation" as a defendant. However, in his amended complaint, Plaintiff names Union Pacific Railroad "Company" as a defendant, and he does not name Union Pacific Railroad "Corporation." Accordingly, the motion to substitute parties (docket entry #40) is GRANTED. The Clerk of the Court is directed to terminate Union Pacific Railroad Corporation as a party in this case, and substitute Union Pacific Railroad Company in its place.

IT IS SO ORDERED THIS 1ST DAY OF FEBRUARY, 2010.

    /s/Susan Webber Wright
    UNITED STATES DISTRICT JUDGE